## IN THE UNITED STATES BANKRUPTCY COURT OF DELAWARE

IN RE:

    Bluehippo Funding, LLC.　　　　　　Chapter 11
    　　　　　Debtor　　　　　　　　　　　　Case No.: 09-14154 KG

### CREDITOR REQUEST FOR SERVICE OF NOTICE
### NOTICE OF APPERANCE OF CREDITOR

**WILL THE CLERK OF THE COURT**, please enter the appearance of D. Cyrus Nickens d/b/a Litigation Enforcement Group Assignee of A. Samuel Primavera, as a creditor in the above-captioned case. Please direct all notices pursuant to the rules, to the address listed below. Moreover, please add the creditor to the mailing matrix.

**Litigation Enforcement Group**
**Assignee of A. Samuel Primavera**
**Attention: Bankruptcy Claims Processing**
**2123 Maryland Avenue . 200A**
**Baltimore, Maryland 21218**
**dcn@litigationenforcers.com**

　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　LITIGATION ENFORCEMENT GROUP
　　　　　　　　　　　　　　　　　　ASSIGNEE OF A. SAMUEL PRIMAVERA

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　D Cyrus Nickens (a/k/a) Pro-Se
　　　　　　　　　　　　　　　　　　2123 Maryland Avenue, Suite 200 A
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21218
　　　　　　　　　　　　　　　　　　443-485-9527 x 704
　　　　　　　　　　　　　　　　　　443-213-1480 (Fax)
　　　　　　　　　　　　　　　　　　dcn@litigationenforcers.com
　　　　　　　　　　　　　　　　　　Creditor